FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2014 JAN 17 AM 8: 32
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| DENNIS L. CORN, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 113-198 |
| FNU SIMMS, Physical Assistant, et al., | ) ) ) |
| Defendants. | ) |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Dennis L. Corn, Jr., an inmate at Riverbend Correctional Facility in Milledgeville, Georgia, commenced the above-captioned civil rights case, which concerns events that allegedly occurred at Augusta State Medical Prison, *pro se* and requested permission to proceed *in forma pauperis* ("IFP"). On November 12, 2013, the Court directed Plaintiff to return his Prisoner Trust Fund Account Statement and Consent to Collection of Fees forms within thirty (30) days and advised Plaintiff that all prisoners, even those proceeding IFP, must pay the filing fee of $350.00 in full. 28 U.S.C. § 1915(b)(1). Plaintiff was cautioned that failure to respond would be an election to have this case voluntarily dismissed without prejudice. (See doc. no. 3.) Plaintiff thereafter notified the Court that he was transferred to Riverbend Correctional Facility on November 21, 2013. (Doc. no. 5.) The Court re-served upon Plaintiff its November 12th Order and extended his deadline to return the papers until December 30, 2013. (Doc. no. 6.) The time to respond has passed, and Plaintiff has not submitted the documents

required by the Court's November 12, 2013 Order, nor has he provided the Court with any explanation why he has not complied.

Plaintiff cannot proceed IFP unless he submits the requisite Trust Fund Account Statement and consents to the collection of the entire $350.00 filing fee in installments. Wilson v. Sargent, 313 F.3d 1315, 1319, 1321 (11th Cir. 2002) (*per curiam*) (citing 28 U.S.C. § 1915). Plaintiff has been warned that failing to return the necessary IFP papers would be an election to have his case voluntarily dismissed. As Plaintiff has neither fulfilled the requirements for proceeding IFP, nor paid the filing fee, the Court **REPORTS** and **RECOMMENDS** that this case be **DISMISSED**, without prejudice.

SO REPORTED and RECOMMENDED this 17th day of January, 2014, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE

2